# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4038
_____

RODGER BUTLER,

   Appellant,

v.

MARSHA BUTLER,

   Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

January 4, 2018


PER CURIAM.

   AFFIRMED.

RAY and OSTERHAUS, JJ.; PATTERSON, CHRISTOPHER N.,
ASSOCIATE JUDGE, concur.

_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Rodger Butler, pro se, Appellant.

No appearance for Appellee.